PATRICK J. HATTON et al., Respondens, *v.* THE SUPREME
COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

*Hatton* v. *Supreme Council, C. B. L.,* 110 App. Div. 918, affirmed.
(Submitted October 25, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 4, 1906, affirming a judgment in favor of plaintiffs
entered upon a verdict directed by the court in an action to
recover on a fraternal benefit insurance certificate.

*John C. McGuire* for appellant.

*Lynn W. Thompson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER,
HISCOCK and CHASE, JJ. Absent: GRAY, J. Not sitting:
WILLARD BARTLETT, J.

---

KARL MOTZING, Respondent, *v.* THE EXCELSIOR BREWING
COMPANY, Appellant.

*Motzing* v. *Excelsior Brewing Co.,* 107 App. Div. 275, affirmed.
(Argued October 26, 1906; decided November 13, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
July 27, 1905, which reversed a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the court at a
Trial Term and an order denying a motion for a new trial, and
granted a new trial in an action to recover for personal injuries
alleged to have been received through defendant's negligence.

*John V. Bouvier, Jr.,* and *Frank V. Johnson* for appellant.

*Herman Aaron* and *Loren N. Wood* for respondent.

Order affirmed and judgment absolute ordered against appel-
lant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER,
HISCOCK and CHASE, JJ. Absent: GRAY, J. Not sitting:
WILLARD BARTLETT, J.